Kevin S. Riechelson
**COHEN & RIECHELSON**
3500 Quakerbridge Road, Suite 203
Hamilton, New Jersey, 08619
Tel: (609) 394-8585| Fax: (609) 394-8620

Laura L. Sheets*
Steven D. Liddle*
Matthew Z. Robb*
**LIDDLE SHEETS P.C.**
975 E. Jefferson Ave.
Detroit, MI  48207
(313) 392-0015
*Admitted Pro Hac Vice

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| SCOTT MONTGOMERY, MICHAEL GENTILE, and STEVEN BROWN individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>DATAONE USA LLC,<br><br>        Defendant. | Civil Action No. 1:26-cv-05972<br><br>Hon. Reneé Marie Bumb |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs, by and through undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant DataOne USA, LLC. Defendant has not yet served an answer or motion for summary judgment in this action.

1

Dated: June 19, 2026                          Respectfully submitted,

_s/ Kevin S. Riechelson_

**COHEN & RIECHELSON**
3500 Quakerbridge Road, Suite 203
Hamilton, New Jersey, 08619
Tel: (609) 394-8585| Fax: (609) 394-8620
KRiechelson@crlawoffices.com

_s/ Laura L. Sheets_
Laura L. Sheets*
Steven D. Liddle*
Matthew Z. Robb*
**LIDDLE SHEETS P.C.**
975 E. Jefferson Ave.
Detroit, MI  48207
(313) 392-0015
sliddle@lsclassaction.com
lsheets@lsclassaction.com
mrobb@lsclassaction.com
*Admitted Pro Hac Vice

_Attorneys for Plaintiffs_

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 19, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record. I further certify that a copy of this notice has been separately sent on this date to Defendant's Counsel, via electronic mail at mmakhail@mccarter.com.

<u>*s/ Kevin S. Riechelson*</u>
Kevin S. Riechelson, Esq.

*Attorney for Plaintiffs*

3